District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA COOPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00311-KKE <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> May 28, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate Plaintiff Elina Cooper's Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the applications and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00311-KKE] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 28th day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GILLEN LAW GROUP, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax: (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Brandon S. Gillen*<br>BRANDON S. GILLIN, WSBA# 44761<br>19910 50th Avenue W, Suite 205<br>Lynwood, Washington 98036<br>Phone: (425) 947-1130<br>Email: brandon@gillinlaw.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

***I certify that this memorandum contains 84 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00311-KKE] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 3rd day of June, 2024

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00311-KKE] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800